UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

**FILED**
DEC 14 2011


---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-30159 |
| Plaintiff, | <u>INDICTMENT</u> |
| vs. | FELON IN POSSESSION OF FIREARM, IMPERSONATING A FEDERAL OFFICER, INTERSTATE STALKING, and ASSET FORFEITURE |
| MICHAEL HEATH THETFORD, a/k/a Russ LNU, | |
| Defendant. | 18 U.S.C. §§ 922(g)(1), 912, 924(d) 2261A and 28 U.S.C. §§ 2461(c) |

The Grand Jury charges:

COUNT I

On or about between the 25th day of May, 2010 and the 29th day of May, 2010, in the District of South Dakota and elsewhere, the defendant, Michael Heath Thetford a/k/a Russ LNU, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess and receive a firearm, to wit: a Sig Sauer P226 9mm handgun, bearing serial number U438764, which had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

COUNT II

On or about between the 25th day of May, 2010 and the 29th day of May, 2010, in the District of South Dakota and elsewhere, the defendant, Michael Heath Thetford a/k/a Russ LNU, did falsely assume and pretend to be an officer

and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such capacity assumed and pretended character did act as such, in that he falsely stated he was a Special Agent of the Federal Bureau of Investigation engaged in investigating offenses against the United States and sought information concerning money laundering and drug trafficking offenses and sought to subject William Winslett and Shirley Winslett to a polygraph examination and sought to drive William Winslett and Shirley Winslett towards the fraudulent polygraph examination, in violation of 18 U.S.C. § 912.

## COUNT III

On or about between the 25th day of May, 2010 and the 29th day of May, 2010, in the District of South Dakota and elsewhere, the defendant, Michael Heath Thetford a/k/a Russ LNU, traveled in interstate commerce from Birmingham in the State of Alabama to Pierre and Canning in the State of South Dakota with the intent to harass, place under surveillance, and intimidate another person, to wit: William Winslett and Shirley Winslett, and in the course of and as a result of such travel caused substantial emotional distress to William Winslett and Shirley Winslett, in violation of 18 U.S.C. § 2261A.

## ASSET FORFEITURE

1. The allegations contained in Count I of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

    2.    Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count I of this Indictment, the defendant, Michael Heath Thetford a/k/a Russ LNU, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a.    a Sig Sauer P226 9mm handgun, bearing serial number U438764.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _____